**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In re: | Derick Rich<br>Tekemia R Rich | Case No. |
| Debtors: | | Chapter 13 |

**CHAPTER 13 PLAN**

**ADDRESS:**   **(1)**  1591 Beaver Trail Drive                   **(2)**  1591 Beaver Trail Drive
                          Cordova, TN 38016                                         Cordova, TN 38016

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $   279.00                          (☐ weekly, ■ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
        ■ **PAYROLL DEDUCTION** From:   Johnson Control Olive Branch, MS 38654    **OR ( ) DIRECT PAY**

   **Debtor(2)** shall pay $                                      (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
        ☐ **PAYROLL DEDUCTION**                                       **OR (☐) DIRECT PAY**
        From:

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]             ☐ YES      ■ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION                ■ YES      ☐ NO
        OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].            ☐ YES      ■ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ■ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                                   Monthly Plan Payment:

| | Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to: | |
|---|---|---|
| None | ongoing payment begins<br>Approximate arrearage: | $ |

**5. PRIORITY CLAIMS:**

| -NONE- | Amount | $ |
|---|---|---|

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

| None | ongoing payment begins | | $ |
|---|---|---|---|
| | Approximate arrearage: | Interest | $ |

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Toyota Financial Services | 11,300.00 | 0.00 | $380.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Global Lending Services | 2,299.00 | 0.00 | $39.00 |
| First Heritage c/o | 1,000.00 | 0.00 | $120.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                              Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

Department of Education        ☐  Not provided for   OR   ■   General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $13,465.00

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
■ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| First Heritage Credit: Furniture loan | ■ Assumes  OR  ☐ Rejects. |
|---|---|
| Kismet Property: Rental lease 1591 BeaverTrail Road Aug 1, 2018 - Aug. 1 2019 | ■ Assumes  OR  ☐ Rejects. |
| Why Not Lease it? C/O: Lease for Refridgerator $259.00 per month Acct# 3176471 | ■ Assumes  OR  ☐ Rejects. |

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately 60 months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Tracey P. Malone                                              Date  January 15, 2019                .
Tracey P. Malone 10050
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**